IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Case No. 3:23cr10

GEORGE FRANKLIN GIBSON, JR.,

Defendant.

## ORDER

This matter comes before the Court *sua sponte*. On May 29, 2024, Defendant Mr. George Franklin Gibson, Jr. filed a Petition for a Hearing to Adjudicate a Third-Party Property Interest ("Petition"). (ECF No. 70.) The United States did not respond.

The United States is hereby ORDERED to file a response to Defendant's Petition within fourteen days of the entry of this Order.

It is SO ORDERED.

Date: 9/18/24
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge